# NO. 12-10-00078-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: ROBERT C. MORRIS ,* *RELATOR* | § § § | *ORIGINAL PROCEEDING* |

## *MEMORANDUM OPINION*

In this original proceeding, Robert C. Morris seeks a writ of mandamus requiring Janice Staples, District Clerk of Anderson County, Texas, to give him notice of the rulings on certain motions he filed in the trial court. In particular, Morris avers that he has been informed that the trial court has ruled on his motions, but that he has not been informed of how the court ruled or received any orders memorializing the rulings.

A court of appeals has the authority to issue writs of mandamus against a judge of a district or county in the court of appeals district and all writs necessary to enforce its jurisdiction. TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004). In order for a district clerk to fall within our jurisdictional reach, it must be established that the issuance of the writ of mandamus is necessary to enforce our jurisdiction. *See id*.; *In re Coronado*, 980 S.W.2d 691, 692-93 (Tex. App.–San Antonio 1998, orig. proceeding). Morris has not demonstrated that the exercise of our mandamus authority against the district clerk is appropriate to enforce our jurisdiction. Consequently, we have no authority to issue a writ of mandamus. Accordingly, the petition for writ of mandamus is *dismissed for want of jurisdiction*.

                                                    **BRIAN HOYLE**
                                                    Justice

Opinion delivered March 30, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)